IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

NEAL C. FOLCK, :

    Plaintiff,

v. : Case No. 3:16-cv-461

FORD MOTOR COMPANY, : JUDGE WALTER H. RICE

    Defendant. :

---

DECISION AND ENTRY ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS (DOC. #12); DISMISSING CASE WITHOUT PREJUDICE; JUDGMENT TO ENTER IN FAVOR OF DEFENDANT AND AGAINST PLAINTIFF; TERMINATION ENTRY

---

Based on the reasoning and citations of authority set forth by United States Magistrate Judge Sharon L. Ovington in her Report and Recommendations, Doc. #12, as well as upon a thorough *de novo* review of this Court's authority and the applicable law, the Court ADOPTS said judicial filing in its entirety. Although Plaintiff was mailed a copy of the Report and Recommendations, it was returned as undeliverable, as have all other mailings sent to Plaintiff this year.

Because Plaintiff has failed to keep the Court apprised of his current address, leaving the Court with no way to contact him, the Court DISMISSES the case WITHOUT PREJUDICE to renewal, for want of prosecution.

Judgment shall be entered in favor of Defendant and against Plaintiff.

The captioned case is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

Date: March 27, 2017

WALTER H. RICE
UNITED STATES DISTRICT JUDGE