AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| Neal C. Folck | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  3:16-cv-461 |
| Ford Motor Company | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   Judgment shall be entered in favor of Defendant and against Plaintiff.  Court DISMISSES the case
WITHOUT PREJUDICE to renewal, for want of prosecution. Case terminated upon Court docket.
.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge   Walter H. Rice _____ on a motion for

Report and Recommendations

Date:   3/27/2017 _____

CLERK OF COURT

*Sophia R. Bryan*
Signature of Clerk or Deputy Clerk